ROBERT J. BUFFIN
OLIVIA GARCIA
CARMEN LEON
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5169/356-5130
Facsimile: (415) 356-5156

Attorneys for Applicant

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL LABOR RELATIONS BOARD, )
)
          Applicant, )
) Civil No.: C 07-03445 RMW
)
          v. ) PROOF OF SERVICE
)
SERVICE EMPLOYEES INTERNATIONAL )
UNION, LOCAL 1877, AFL-CIO )
          Respondent )
)
)
)

      I am employed as a Field Examiner by National Labor Relations Board, Region 20. My office address is 901 Market Street, Suite 400, San Francisco, California 94103-1735. My office phone is (415) 356-5210. I am not a party to the above-captioned action.

      I hereby declare under penalty of perjury that on July 2, 2007, I served Antonio Ruiz, Counsel for Service Employees International Union, Local 1877, AFL-CIO, herein called Respondent Local 1877, by leaving copies of the following papers the receptionist at the Law Offices of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, California:

    1.    Application For Order Requiring Obedience To Subpoena Duces Tecum and Subpoenas Ad Testificandum;

    2.    Order Setting Initial Case Management Conference and ADR Deadlines;

3. Order Setting Initial Case Management Conference and ADR Deadlines;

4. Welcome to the United States District Court for the Northern District of California, Clerk's Office, San Jose Division;

5. Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

6. U.S. District Court Northern California, ECF Registration Information Handout;

7. Proposed Order Requiring Obedience To Subpoena Duces Tecum and Subpoenas Ad Testificandum;

8. Proposed Findings of Fact and Conclusions Of Law;

9. Proposed Order To Show Cause;

10. Memorandum In Support Of Application For Order Requiring Obedience to Subpoena Duces Tecum and Subpoenas Ad Testificandum;

EXECUTED AT San Francisco, California this 13th day of July, 2007.

                                              */s/ Craig P. Wilson*
                                              Craig P. Wilson

SERVICE\Proof of Service C 07-03445 RMW WILSON.doc

ROBERT J. BUFFIN
OLIVIA GARCIA
CARMEN LEON
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5169/356-5130
Facsimile: (415) 356-5156

Attorneys for Applicant

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL LABOR RELATIONS BOARD,    )
                                   )
            Applicant,             )
                                   )
                                   )   Civil No.: C 07-03445 RMW
                                   )
       v.                          )   PROOF OF SERVICE
                                   )
SERVICE EMPLOYEES INTERNATIONAL    )
UNION, LOCAL 1877, AFL-CIO         )
            Respondent             )
                                   )
                                   )

    I am employed as a Field Attorney by National Labor Relations Board, Region 20. My office address is 901 Market Street, Suite 400, San Francisco, California 94103-1735. My office phone is (415) 356-5157. I am not a party to the above-captioned action.

    I hereby declare under penalty of perjury that on July 2, 2007, I served the Custodian of Records, Denise Solis, Cesar Diaz, and Patty Ocano with the documents listed below by leaving a copy for each of these individuals with the receptionist at the San Jose office of the Service Employees International Union, Local 1877, AFL-CIO, located at 1010 Ruff Drive, San Jose, CA 95110:

    1.    Application For Order Requiring Obedience To Subpoena Duces Tecum and Subpoenas Ad Testificandum;

    2    Order Setting Initial Case Management Conference and ADR Deadlines;

3   Order Setting Initial Case Management Conference and ADR Deadlines;

4   Welcome to the United States District Court for the Northern District of California, Clerk's Office, San Jose Division;

5   Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

6   U.S. District Court Northern California, ECF Registration Information Handout;

7   Proposed Order Requiring Obedience To Subpoena Duces Tecum and Subpoenas Ad Testificandum;

8   Proposed Findings of Fact and Conclusions Of Law;

9   Proposed Order To Show Cause;

10  Memorandum In Support Of Application For Order Requiring Obedience to Subpoena Duces Tecum and Subpoenas Ad Testificandum;

EXECUTED AT San Francisco, California this 3rd day of July, 2007.

_____
Kathleen C. Schneider

SERVICE\Proof of Service