```
Olivia Garcia
Robert J. Buffin
Carmen León
National Labor Relations Board
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5154/356-5176
Facsimile: (415) 356-5156
```

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>                  Applicant,<br><br>         v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1877 and CESAR DIAZ and PATRICIA OCANO, and DENISE SOLIS<br><br>                  Respondents. | Civil No.: C 07-03445 RMW<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) and PROOF OF SERVICE |

To the above-named Respondents:

    PLEASE TAKE NOTICE that, inasmuch as no answer has been filed or served by Respondents in the above-entitled proceeding and, subsequent to the filing of the Application in this proceeding, Respondents complied with the Subpoenas issued by the Regional Director of Region 20 of the National Labor Relations Board, Applicant hereby dismisses the above-entitled

1 | proceeding pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

2 | DATED AT San Francisco, California, this 3rd day of August, 2007.

_Carmen León_
Carmen León, Attorney
Region 20, National Labor Relations Board

Notice Of Voluntary Dismissal Pursuant To Rule 41(a)