1  Olivia Garcia
   Robert J. Buffin
2  Carmen León
   National Labor Relations Board
   Region 20
3  901 Market Street, Suite 400
   San Francisco, California 94103
4  Telephone: (415) 356-5154/356-5176
   Facsimile: (415) 356-5156
5
   Attorneys for Applicant
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                                          )
11                                         )
   NATIONAL LABOR RELATIONS BOARD,         )
12                                         )   Civil No.: C 07-03445 RMW
                    Applicant,             )
                                           )   PROOF OF SERVICE
13                                         )
            v.                             )
14                                         )
   SERVICE EMPLOYEES INTERNATIONAL          )
   UNION, LOCAL 1877 and CESAR DIAZ and    )
15 PATRICIA OCANO, and DENISE SOLIS        )
                                           )
16                  Respondents.           )
                                           )
17

18
                              **PROOF OF SERVICE**
19
   The undersigned hereby declares under penalty of perjury that:
20
        On August 3, 2007, I served Respondents with a copy of a Notice of Voluntary Dismissal
21
   Pursuant to Rule 41(a) for the above referenced case by placing a copy in the United States mail,
22
   in an envelope containing first class postage to Respondents' designated agent for service of
23
   process, Antonio Ruiz, Esq., at his office address listed below:
24                                                                              Proof of Service

| | |
|---|---|
| 1 | Weinberg, Roger & Rosenfeld |
| | 1001 Marina Village Parkway, Suite 200 |
| 2 | Alameda, CA  94501-1091 |

EXECUTED AT San Francisco, California, this 3rd day of August, 2007.

*[signature: Susie Louie]*
Susie Louie

Proof of Service